HF

Blank copy attached for your use.

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

2018 SEP 24 PM 1:22

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

(Fill in the name) **Zelesnik**
Plaintiff

CASE NO. (Leave blank) **1:18 CV 2188**

-vs-

**Magnificat HS +**
(Fill in the name/names)
Defendant(s)
**Cleveland Clinic**
**Beachcliff + Lutheran 3B**
**Rocky River City Hall + Schools + Library**

JUDGE (Leave blank)

**JUDGE BOYKO**

COMPLAINT

**MAG. JUDGE BAUGHMAN**

In numbered paragraphs, and using as many pages as you need:

- Name the parties and give their addresses.

- State the basis of the court's jurisdiction (e.g.: 42 U.S.C. § 1983 -- Civil Rights; 42 U.S.C. § 2000e -- Title VII -- Discrimination).

- Then simply tell the facts of your case, including names, dates, etc.
**9500 Euclid Ave Cle OH 44195**
- Finally, ask the court for whatever relief you desire (e.g., injunction, money damages, etc.)

**Hilliard Blvd & Wagar Road 44116**

At the end of the complaint, <u>sign</u> your name. Underneath the signature print your name and address. Date the document.

**$ 100,000,000,000.00**

C:\Pro Se Forms\Complaint Sample..wpd

**Paula Zelesnik** 9·21·18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Paula Zelesnik
_____
Plaintiff

CASE NO. _____

-vs-

JUDGE _____

City of Cleveland
_____
Defendant(s)

Continental Federal Savings
GE Capital
5/3 Rd. Hyde Park Ohio 45208
Bruce Favret + Sandra Baldwin

COMPLAINT

2631 Erie Ave 2nd floor
Cincinnati Ohio 45208

513·243·2000
513·871·8026
513·861·3500
513·671·0422

PZ
9.21.18

4585 Sara Dr. Mason OH 45040
405 Oak St / 400 Oak St / 411 Oak St
$ 100,000,000,000
Cincinnati
OHIO 45219

Paula McCormick (Enjoy South Airlines)