# DRURY HOTELS.

**Drury Plaza Hotel-Cleveland Downtown**
1380 East Sixth Street
Cleveland, OH 44114

Return Service Requested

*Paula Zelesnik*


HENRY JAMES

Cleveland Federal Court
801 W Superior
Cleveland, Oh
44113
44199

**DRURY** HOTELS.

1380 EAST 6TH STREET
CLEVELAND, OH 44114

DRURYHOTELS.COM
1.800.DRURYINN

**Michael Sandbrook**
*Area Sales Manager*

E michael.sandbrook@druryhotels.com
P 216.274.0272
F 888.268.5396

For all CF6 questions,
Contact Corbett Caudill
513·243·2000

Intake



TRAVEL
happy.